■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SCANLAN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed July 24, 1986.

Ordered that the sentence is affirmed, and the case is

remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Mangano, Brown and Eiber, JJ., concur.